**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

FitFactariDC, LLC

|  |  |
|---|---|
| Plaintiff, | |

v.                                                                  Case No.: 1:26–cv–06997
                                                                   Honorable Joan H. Lefkow

CoStar Group, Inc., et al.

                           Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 16, 2026:

    MINUTE entry before the Honorable Joan H. Lefkow: Initial status hearing is set for 8/19/2026 at 9:30 a.m. in person in courtroom 2201. The parties may submit a joint proposed scheduling order in Word format to proposed_order_lefkow@ilnd.uscourts.gov or file a joint status report by 8/17/2026. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.