**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FitFactariDC, LLC, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>COSTAR GROUP, INC.; CBRE GROUP, INC.; JONES LANG LASALLE INCORPORATED; CUSHMAN & WAKEFIELD PLC; COLLIERS INTERNATIONAL USA, LLC; and NEWMARK GROUP, INC.,<br><br>        Defendants. | Case No. 1:26-cv-06997<br><br>Hon. Joan H. Lefkow |

**AGREED MOTION TO MODIFY PAGE LIMITS AND SET SCHEDULE FOR
MOTION TO DISMISS BRIEFING**

All parties have conferred and agreed to a proposed briefing structure and modification of page limits for Defendants'[1] forthcoming motions to dismiss and Plaintiff's responses. The parties hereby jointly move this Court to enter a stipulated order as set forth below.

WHEREAS, on June 12, 2026, Plaintiff filed a Class Action Complaint asserting an antitrust claim against Defendants.[2] ECF 1, Compl. ¶¶ 100–02.

WHEREAS, Defendants' response to Plaintiff's Class Action Complaint is due by August 17, 2026 (*see* ECF 9, 46) and Defendants intend to move to dismiss the Class

---

[1] Defendants are CoStar Group, Inc. ("CoStar"); CBRE Group, Inc. ("CBRE"); Jones Lang LaSalle Incorporated ("JLL"); Cushman & Wakefield PLC ("Cushman"); Colliers International USA, LLC ("Colliers"); and Newmark Group, Inc. ("Newmark"). The Broker Defendants are CBRE, JLL, Cushman, Colliers, and Newmark.

[2] On August 6, 2026, Plaintiff moved pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) to voluntarily dismiss Defendant Colliers International Group Inc.

Action Complaint in full, with CoStar filing one motion and the Broker Defendants filing a separate motion.

WHEREAS, in an effort to coordinate briefing and present issues efficiently to the Court, Defendants and Plaintiff conferred and agreed to a briefing structure and modification of the page limits for the forthcoming briefing on Defendants' motions to dismiss.

NOW THEREFORE, the parties move the Court to order that:

1. CoStar and the Broker Defendants may file separate briefs moving to dismiss the Class Action Complaint, combined not to exceed 45 pages. Defendants' motions to dismiss shall remain due by August 17, 2026, as previously ordered by the Court.

2. Plaintiff may file an opposition brief or briefs in response by October 1, 2026, combined not to exceed 45 pages.

3. CoStar and the Broker Defendants may file separate reply briefs by November 2, 2026, combined not to exceed 30 pages.

WHEREFORE, all parties respectfully request that the Court enter an order setting this briefing structure and page limitations.

Dated: August 11, 2026

Respectfully submitted,

**LATHAM & WATKINS LLP**

<u>/s/ Gary Feinerman</u>
Gary Feinerman (Bar No. 6206909)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700
Email: gary.feinerman@lw.com

Lawrence E. Buterman (*pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Email: lawrence.buterman@lw.com

Nicholas J. Boyle (*pro hac vice*)
David Johnson (*pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Email: nicholas.boyle@lw.com
          david.johnson@lw.com

Elyse M. Greenwald (*pro hac vice*)
**LATHAM & WATKINS LLP**
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Tel: (424) 653-5500
Email: elyse.greenwald@lw.com

*Counsel for Defendant CoStar Group, Inc.*

3

**WINSTON TAYLOR LLP**

*/s/ Eva Cole* (signed with express consent)
Eva Cole (*pro hac vice*)
Caitlin Bailey (*pro hac vice*)
**WINSTON TAYLOR LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
eva.cole@winstontaylor.com

Kevin B. Goldstein (Bar ID: 6326150)
**WINSTON TAYLOR LLP**
300 N. LaSalle Drive
Chicago, IL 60654
Telephone: (312) 558-5600
kevin.goldstein@winstontaylor.com

*Attorneys for Defendant CBRE Group, Inc.*

**SIDLEY AUSTIN LLP**

*/s/ Tacy F. Flint* (signed with express consent)
Tacy F. Flint (Bar ID: 6284806)
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Phone: (312) 853-7875
Facsimile: (312) 853-7036
tflint@sidley.com

Benjamin R. Nagin (*pro hac vice*)
Kristina A. Gliklad (*pro hac vice*)
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
Phone: (212) 839-5911
Facsimile: (212) 839-5599
bnagin@sidley.com
kgliklad@sidley.com

*Counsel for Defendant Newmark Group, Inc.*

**VINSON & ELKINS LLP**

*/s/ Michael W. Scarborough* (signed with express consent)
Michael W. Scarborough (*pro hac vice*)
Dylan I. Ballard (*pro hac vice*)
**VINSON & ELKINS LLP**
555 Mission Street
Suite 2000
San Francisco, CA 94105
Tel: (415) 979-6900
Fax: (415) 651-8786
mscarborough@velaw.com
dballard@velaw.com

Stephen M. Medlock
Adam L. Hudes (*pro hac vice*)
Marisa (Reese) Poncia (*pro hac vice*)
**VINSON & ELKINS LLP**
2200 Pennsylvania Ave., N.W.
Suite 500 W
Washington, D.C. 20037
Tel: (202) 639-6500
Fax: (202) 639-6604
smedlock@velaw.com
ahudes@velaw.com
rponcia@velaw.com

Nicole L. Castle (*pro hac vice*)
**VINSON & ELKINS LLP**
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 237-0000
Fax: (212) 237-0100
ncastle@velaw.com

*Counsel For Defendant*
*Colliers International USA, LLC*

**MORGAN LEWIS & BOCKIUS LLP**

*/s/ Kenneth M. Kliebard* (signed with express consent)
Kenneth M. Kliebard
**Morgan Lewis & Bockius LLP**

5

110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
Telephone: (312) 324-1445
kenneth.kliebard@morganlewis.com

Zachary M. Johns (*pro hac vice*)
**Morgan Lewis & Bockius LLP**
2222 Market Street
Philadelphia, PA 19103-3007
Telephone: (215) 963-5000
zachary.johns@morganlewis.com

Minna Lo Naranjo (*pro hac vice*)
**Morgan Lewis & Bockius LLP**
600 Montgomery Street, Suite 2300
San Francisco, CA 94111-2702
Telephone: (415) 442-1000
minna.naranjo@morganlewis.com

*Counsel for Defendant*
*Jones Lang LaSalle Incorporated*

**DLA PIPER LLP (US)**

*/s/ John J. Hamill* (signed with express consent)
John J. Hamill
Michael S. Pullos
Miranda Drakes
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, IL 60606
Tel: (312) 368-4000
Fax: (312) 236-7516
john.hamill@us.dlapiper.com
michael.pullos@us.dlapiper.com
miranda.drakes@us.dlapiper.com

*Counsel for Cushman & Wakefield PLC*

**FREEDMAN NORMAND FRIEDLAND LLP**

*/s/ Vel Freedman* (signed with express consent)
Devin (Velvel) Freedman
Kyle Roche
Stephen Lagos (*pro hac vice*)

6

Joseph Lemoine (*pro hac vice*)
**FREEDMAN NORMAND FRIEDLAND LLP**
155 E. 44th Street, Suite 915
New York, New York 10017
(646) 494-2900
vel@fnf.law
kroche@fnf.law
slagos@fnf.law
jlemoine@fnf.law

*Counsel for Plaintiff*