**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FITFACTARIDC, LLC, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>COSTAR GROUP, INC.; CBRE GROUP, INC.; JONES LANG LASALLE INCORPORATED; CUSHMAN & WAKEFIELD PLC; COLLIERS INTERNATIONAL USA, LLC; and NEWMARK GROUP, INC.<br><br>*Defendants.* | Case No. 1:26-cv-06997<br><br>Hon. Joan Humphrey Lefkow<br><br>Magistrate Judge Kathryn L. Bass Ehler |

**JOINT STATUS REPORT**

Plaintiff, FitFactariDC, LLC, and Defendants, CoStar Group, Inc., CBRE Group, Inc., Jones Lang LaSalle Incorporated, Cushman & Wakefield PLC, Colliers International USA, LLC, and Newmark Group, Inc., respectfully submit this joint status report pursuant to the Court's order dated June 16, 2026 (ECF No. 6), and this Court's Case Procedures.

All Defendants have been served or accepted service of process. On August 6, 2026, Plaintiff filed a notice of voluntary dismissal without prejudice as to then-Defendant Colliers International Group, Inc., which the Court approved on August 7, 2026. ECF Nos. 58, 59.

Defendants' forthcoming motions to dismiss are due on August 17, 2026. ECF Nos. 24, 28. On August 11, 2026, the parties submitted an agreed motion to modify page limits and set a schedule for motion to dismiss briefing, which the Court approved on August 13, 2026. ECF Nos. 61, 62. Under the briefing schedule, Defendants are permitted to file briefs in support of motions to dismiss not to exceed 45 combined pages; Plaintiff may file an opposition brief or briefs in

response by October 1, 2026, not to exceed 45 combined pages; and Defendants may file separate reply briefs by November 2, 2026, not to exceed 30 combined pages.

Dated: August 17, 2026

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Kenneth M. Kliebard*
Kenneth M. Kliebard
**MORGAN, LEWIS & BOCKIUS LLP**
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
Telephone: (312) 324-1445
kenneth.kliebard@morganlewis.com

Zachary M. Johns (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103-3007
Telephone: (215) 963-5000
zachary.johns@morganlewis.com

Minna Lo Naranjo (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
600 Montgomery Street, Suite 2300
San Francisco, CA 94111-2702
Telephone: (415) 442-1000
minna.naranjo@morganlewis.com

*Counsel for Defendant*
*Jones Lang LaSalle Incorporated*

**WINSTON TAYLOR LLP**

*/s/ Eva Cole (signed with consent)*
Eva Cole (*pro hac vice*)
Caitlin Bailey (*pro hac vice*)
**WINSTON TAYLOR LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
eva.cole@winstontaylor.com

Kevin B. Goldstein (Bar ID: 6326150)
**WINSTON TAYLOR LLP**
300 N. LaSalle Drive
Chicago, IL 60654
Telephone: (312) 558-5600
kevin.goldstein@winstontaylor.com

*Counsel for Defendant*
*CBRE Group, Inc.*

**SIDLEY AUSTIN LLP**

*/s/ Benjamin R. Nagin (signed with conset)*
Tacy F. Flint (Bar ID: 6284806)
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Phone: (312) 853-7875
Facsimile: (312) 853-7036
tflint@sidley.com

Benjamin R. Nagin (*pro hac vice*)
Kristina A. Gliklad (*pro hac vice*)
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
Phone: (212) 839-5911
Facsimile: (212) 839-5599
bnagin@sidley.com
kgliklad@sidley.com

*Counsel for Defendant*
*Newmark Group, Inc.*

**VINSON & ELKINS LLP**

*/s/ Michael W. Scarborough (signed with consent)*
Michael W. Scarborough (*pro hac vice*)
Dylan I. Ballard (*pro hac vice*)
**VINSON & ELKINS LLP**
555 Mission Street, Suite 2000
San Francisco, CA 94105
Tel: (415) 979-6900
Fax: (415) 651-8786
mscarborough@velaw.com
dballard@velaw.com

Stephen M. Medlock
Adam L. Hudes (*pro hac vice*)
Marisa (Reese) Poncia (*pro hac vice*)
**VINSON & ELKINS LLP**
2200 Pennsylvania Ave., N.W.
Suite 500 W
Washington, D.C. 20037
Tel: (202) 639-6500
Fax: (202) 639-6604
smedlock@velaw.com
ahudes@velaw.com
rponcia@velaw.com

Nicole L. Castle (*pro hac vice*)
**VINSON & ELKINS LLP**
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 237-0000
Fax: (212) 237-0100
ncastle@velaw.com

*Counsel for Defendant*
*Colliers International USA, LLC*

**DLA PIPER LLP (US)**

*/s/ John J. Hamill (signed with consent)*
John J. Hamill
Michael S. Pullos
Miranda Drakes
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, IL 60606
Tel: (312) 368-4000
Fax: (312) 236-7516
john.hamill@us.dlapiper.com
michael.pullos@us.dlapiper.com
miranda.drakes@us.dlapiper.com

*Counsel for Defendant*
*Cushman & Wakefield PLC*

**LATHAM & WATKINS LLP**

*/s/ Gary Feinerman (signed with consent)*
Gary Feinerman (Bar No. 6206909)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700
Email: gary.feinerman@lw.com

Lawrence E. Buterman (*pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Email: lawrence.buterman@lw.com

Nicholas J. Boyle (*pro hac vice*)
David Johnson (*pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Email: nicholas.boyle@lw.com
david.johnson@lw.com

Elyse M. Greenwald (*pro hac vice*)
**LATHAM & WATKINS LLP**
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Tel: (424) 653-5500
Email: elyse.greenwald@lw.com

*Counsel for Defendant*
*CoStar Group, Inc.*

**FREEDMAN NORMAND FRIEDLAND LLP**

*/s/ Devin (Velvel) Freedman (signed with consent)*
Devin (Velvel) Freedman
Kyle Roche
Stephen Lagos (*pro hac vice*)
Joseph Lemoine (*pro hac vice*)
**FREEDMAN NORMAND FRIEDLAND LLP**
155 E. 44th Street, Suite 915
New York, New York 10017
(646) 494-2900
vel@fnf.law
kroche@fnf.law
slagos@fnf.law
jlemoine@fnf.law

*Counsel for Plaintiff*