**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FitFactariDC, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COSTAR GROUP, INC.; CBRE GROUP, INC.; JONES LANG LASALLE INCORPORATED; CUSHMAN & WAKEFIELD PLC; COLLIERS INTERNATIONAL USA, LLC; and NEWMARK GROUP, INC.,<br><br>Defendants. | Case No. 1:26-cv-06997<br><br>Hon. Joan H. Lefkow |

**AGREED MOTION REGARDING AMENDED COMPLAINT AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS AMENDED COMPLAINT**

All parties have conferred and agreed (i) that Plaintiff may file an amended complaint instead of responding to Defendants' pending motions to dismiss, and (ii) to a briefing schedule for Defendants' motions to dismiss Plaintiff's amended complaint.[1] The parties hereby jointly move this Court to enter a stipulated order as set forth below:

WHEREAS, on June 12, 2026, Plaintiff filed a Class Action Complaint asserting an antitrust claim against Defendants (Dkt. No. 1);

WHEREAS, on August 13, 2026, the Court granted the parties' agreed motion regarding the briefing schedule and page limits for Defendants' motions to dismiss that complaint (Dkt. No. 62);

---

[1] Defendants are CoStar Group, Inc. ("CoStar"); CBRE Group, Inc. ("CBRE"); Jones Lang LaSalle Incorporated ("JLL"); Cushman & Wakefield PLC ("Cushman"); Colliers International USA, LLC ("Colliers"); and Newmark Group, Inc. ("Newmark"). The Broker Defendants are CBRE, JLL, Cushman, Colliers, and Newmark.

WHEREAS, on August 17, 2026, Defendants timely filed their motions to dismiss (Dkt. Nos. 66–68);

WHEREAS, pursuant to the Court's order, Plaintiff's deadline for filing "an opposition brief or briefs in response" to Defendants' motions is October 1, 2026 (Dkt. No. 62);

WHEREAS, Plaintiff intends to file an amended complaint on October 1, 2026, instead of an opposition to Defendants' pending motions to dismiss;

WHEREAS, Defendants consent to Plaintiff filing an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(2) instead of filing an opposition, provided that the parties reach agreement on a briefing schedule for Defendants' anticipated motions to dismiss the amended complaint; and

WHEREAS, the parties met and conferred and reached agreement regarding a briefing schedule for Defendants' anticipated motions to dismiss the amended complaint, and also agreed to meet and confer regarding page limits for Defendants' forthcoming motions to dismiss after the amended complaint is on file.

NOW THEREFORE, the parties move the Court to order that:

1. Plaintiff shall file an amended complaint by October 1, 2026.

2. Defendants' motion(s) to dismiss shall be due on November 20, 2026.

3. Plaintiff's opposition brief(s) shall be due on January 8, 2027.

4. Defendants' replies shall be due on February 5, 2027.

WHEREFORE, all parties respectfully request that the Court enter an order setting the above schedule for the filing of Plaintiff's amended complaint and motion to dismiss briefing.

Dated: September 23, 2026

Respectfully submitted,

**FREEDMAN NORMAND FRIEDLAND LLP**

*/s/ Devin (Velvel) Freedman*

Devin (Velvel) Freedman
Kyle W. Roche
Stephen Lagos (*pro hac vice*)
Jospeh Lemoine (*pro hac vice*)
**FREEDMAN NORMAND FRIEDLAND LLP**
155 E. 44th Street, Suite 915
New York, New York 10017
(646) 494-2900
vel@fnf.law
kroche@fnf.law
slagos@fnf.law
jlemoine@fnf.law

*Counsel for Plaintiff*

**WINSTON TAYLOR LLP**

*/s/ Eva Cole* (signed with express consent)

Eva Cole (*pro hac vice*)
Caitlin Bailey (*pro hac vice*)
**WINSTON TAYLOR LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
eva.cole@winstontaylor.com

Kevin B. Goldstein (Bar ID: 6326150)
**WINSTON TAYLOR LLP**
300 N. LaSalle Drive
Chicago, IL 60654
Telephone: (312) 558-5600
kevin.goldstein@winstontaylor.com

*Attorneys for Defendant CBRE Group, Inc.*

**SIDLEY AUSTIN LLP**

*/s/ Tacy F. Flint* (signed with express consent)

Tacy F. Flint (Bar ID: 6284806)

**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Phone: (312) 853-7875
Facsimile: (312) 853-7036
tflint@sidley.com

Benjamin R. Nagin (*pro hac vice*)
Kristina A. Gliklad (*pro hac vice*)
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
Phone: (212) 839-5911
Facsimile: (212) 839-5599
bnagin@sidley.com
kgliklad@sidley.com

*Counsel for Defendant Newmark Group, Inc.*

**VINSON & ELKINS LLP**

*/s/ Michael W. Scarborough* (signed with express consent)
Michael W. Scarborough (*pro hac vice*)
Dylan I. Ballard (*pro hac vice*)
**VINSON & ELKINS LLP**
555 Mission Street
Suite 2000
San Francisco, CA 94105
Tel: (415) 979-6900
Fax: (415) 651-8786
mscarborough@velaw.com
dballard@velaw.com

Stephen M. Medlock
Adam L. Hudes (*pro hac vice*)
Marisa (Reese) Poncia (*pro hac vice*)
**VINSON & ELKINS LLP**
2200 Pennsylvania Ave., N.W.
Suite 500 W
Washington, D.C. 20037
Tel: (202) 639-6500
Fax: (202) 639-6604
smedlock@velaw.com
ahudes@velaw.com
rponcia@velaw.com

Nicole L. Castle (*pro hac vice*)
**VINSON & ELKINS LLP**
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 237-0000
Fax: (212) 237-0100
ncastle@velaw.com

*Counsel For Defendant*
*Colliers International USA, LLC*

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Kenneth M. Kliebard* (signed with express consent)
Kenneth M. Kliebard
**MORGAN, LEWIS & BOCKIUS LLP**
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
Telephone: (312) 324-1445
kenneth.kliebard@morganlewis.com

Zachary M. Johns (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103-3007
Telephone: (215) 963-5000
zachary.johns@morganlewis.com

Minna Lo Naranjo (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
600 Montgomery Street, Suite 2300
San Francisco, CA 94111-2702
Telephone: (415) 442-1000
minna.naranjo@morganlewis.com

*Counsel for Defendant*
*Jones Lang LaSalle Incorporated*

**DLA PIPER LLP (US)**

*/s/ John J. Hamill* (signed with express consent)
John J. Hamill
Michael S. Pullos
Miranda Drakes

**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, IL 60606
Tel: (312) 368-4000
Fax: (312) 236-7516
john.hamill@us.dlapiper.com
michael.pullos@us.dlapiper.com
miranda.drakes@us.dlapiper.com

*Counsel for Cushman & Wakefield PLC*

**LATHAM & WATKINS LLP**

*/s/ Gary Feinerman* (signed with express consent)
Gary Feinerman (Bar No. 6206909)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700
Email: gary.feinerman@lw.com

Lawrence E. Buterman (*pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Email: lawrence.buterman@lw.com

Nicholas J. Boyle (*pro hac vice*)
David Johnson (*pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Email: nicholas.boyle@lw.com
david.johnson@lw.com

Elyse M. Greenwald (*pro hac vice*)
**LATHAM & WATKINS LLP**
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Tel: (424) 653-5500
Email: elyse.greenwald@lw.com

*Counsel for Defendant CoStar Group, Inc.*