**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

FitFactariDC, LLC
Plaintiff,
v.
CoStar Group, Inc., et al.
Defendant.

Case No.: 1:26−cv−06997
Honorable Joan H. Lefkow

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 24, 2026:

MINUTE entry before the Honorable Joan H. Lefkow: Agreed motion to set a briefing schedule [70] is granted. The motions to dismiss [66] and [67] are denied as moot. Plaintiff shall file an amended complaint by 10/1/2026. Defendants' motion(s) to dismiss shall be due by 11/20/2026. Plaintiff's opposition brief(s) shall be due by 1/8/2027. Defendants' replies shall be due by 2/5/2027. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.