**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FitFactariDC, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COSTAR GROUP, INC.; CBRE GROUP, INC.; JONES LANG LASALLE INCORPORATED; CUSHMAN & WAKEFIELD PLC; COLLIERS INTERNATIONAL USA, LLC; and NEWMARK GROUP, INC.,<br><br>Defendants. | Case No. 1:26-cv-6997<br><br>District Judge Joan H. Lefkow |

**AGREED MOTION TO MODIFY PAGE LIMITS FOR**
**DEFENDANTS' MOTIONS TO DISMISS AMENDED COMPLAINT**

Pursuant to Local Rule 7.1, the parties respectfully move for leave to file oversized briefs in connection with Defendants'[1] forthcoming motions to dismiss.

1. On June 12, 2026, Plaintiff filed a Class Action Complaint asserting a single antitrust claim against Defendants. Dkt. 1 ¶¶ 100-02.

2. The Court granted the parties' agreed motion to modify the page limits for Defendants' motions to dismiss the Class Action Complaint, which permitted Defendants' opening briefs combined not to exceed 45 pages, Plaintiff's opposition combined not to exceed 45 pages, and Defendants' replies combined not to exceed 30 pages. Dkts. 61, 62.

3. On August 17, 2026, CoStar and the Broker Defendants timely filed separate

[1] Defendants are CoStar Group, Inc. ("CoStar") and the Broker Defendants (CBRE Group, Inc., Jones Lang LaSalle Incorporated, Cushman & Wakefield PLC, Colliers International USA, LLC, and Newmark Group, Inc.).

motions to dismiss the Class Action Complaint. Dkts. 66-68.

4. Plaintiff elected to amend rather than oppose the motions to dismiss the Class Action Complaint. Thus, the parties jointly moved for an order permitting Plaintiff to file an amended complaint and setting a briefing schedule for Defendants' motions to dismiss the amended complaint, and the parties further agreed to meet and confer regarding page limits for Defendants' forthcoming motions to dismiss. Dkt. 70.

5. The Court granted that motion, denied Defendants' pending motions to dismiss as moot, and ordered that Defendants' motions to dismiss shall be due by November 20, 2026, Plaintiff's opposition brief(s) shall be due by January 8, 2027, and Defendants' replies shall be due by February 5, 2027. Dkt. 71.

6. Plaintiff's Amended Class Action Complaint is 77 pages (thirty more than the original complaint's 47 pages), adds a new claim for relief, and adds a new putative class. Dkt. 72.

7. Having met and conferred, the parties respectfully request that the Court allow them to file oversized briefs in connection with Defendants' forthcoming motions to dismiss:

a. CoStar and Broker Defendants may file separate motions to dismiss the Amended Class Action Complaint, not to exceed 50 pages total.

b. Plaintiff may file an opposition brief or briefs, not to exceed 50 pages total.

c. CoStar and Broker Defendants may file separate reply briefs, not to exceed 36 pages total.

Dated: October 30, 2026

Respectfully submitted,

**LATHAM & WATKINS LLP**

*/s/ Gary Feinerman*
Gary Feinerman (Bar No. 6206909)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700
Email: gary.feinerman@lw.com

Lawrence E. Buterman (*pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Email: lawrence.buterman@lw.com

Nicholas J. Boyle (*pro hac vice*)
David Johnson (*pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Email: nicholas.boyle@lw.com
david.johnson@lw.com

Elyse M. Greenwald (*pro hac vice*)
**LATHAM & WATKINS LLP**
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Tel: (424) 653-5500
Email: elyse.greenwald@lw.com

*Counsel for Defendant CoStar Group, Inc.*

**WINSTON TAYLOR LLP**

*/s/ Eva Cole* (signed with express consent)
Eva Cole (*pro hac vice*)
Caitlin Bailey (*pro hac vice*)
**WINSTON TAYLOR LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
eva.cole@winstontaylor.com

Kevin B. Goldstein (Bar ID: 6326150)
**WINSTON TAYLOR LLP**
300 N. LaSalle Drive
Chicago, IL 60654
Telephone: (312) 558-5600
kevin.goldstein@winstontaylor.com

*Attorneys for Defendant CBRE Group, Inc.*

**SIDLEY AUSTIN LLP**

*/s/ Tacy F. Flint* (signed with express consent)
Tacy F. Flint (Bar ID: 6284806)
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Phone: (312) 853-7875
Facsimile: (312) 853-7036
tflint@sidley.com

Benjamin R. Nagin (*pro hac vice*)
Kristina A. Gliklad (*pro hac vice*)
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
Phone: (212) 839-5911
Facsimile: (212) 839-5599
bnagin@sidley.com
kgliklad@sidley.com

*Counsel for Defendant Newmark Group, Inc.*

**VINSON & ELKINS LLP**

*/s/ Michael W. Scarborough* (signed with express consent)
Michael W. Scarborough (*pro hac vice*)
Dylan I. Ballard (*pro hac vice*)
**VINSON & ELKINS LLP**
555 Mission Street
Suite 2000
San Francisco, CA 94105
Tel: (415) 979-6900
Fax: (415) 651-8786
mscarborough@velaw.com
dballard@velaw.com

Stephen M. Medlock
Adam L. Hudes (*pro hac vice*)
Marisa (Reese) Poncia (*pro hac vice*)
**VINSON & ELKINS LLP**
2200 Pennsylvania Ave., N.W.
Suite 500 W
Washington, D.C. 20037
Tel: (202) 639-6500
Fax: (202) 639-6604
smedlock@velaw.com
ahudes@velaw.com
rponcia@velaw.com

Nicole L. Castle (*pro hac vice*)
**VINSON & ELKINS LLP**
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 237-0000
Fax: (212) 237-0100
ncastle@velaw.com

*Counsel for Defendant*
*Colliers International USA, LLC*

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Kenneth M. Kliebard* (signed with express consent)
Kenneth M. Kliebard
**MORGAN, LEWIS & BOCKIUS LLP**

110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
Telephone: (312) 324-1445
kenneth.kliebard@morganlewis.com

Zachary M. Johns (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103-3007
Telephone: (215) 963-5000
zachary.johns@morganlewis.com

Minna Lo Naranjo (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
600 Montgomery Street, Suite 2300
San Francisco, CA 94111-2702
Telephone: (415) 442-1000
minna.naranjo@morganlewis.com

*Counsel for Defendant*
*Jones Lang LaSalle Incorporated*

**DLA PIPER LLP (US)**

*/s/ John J. Hamill* (signed with express consent)
John J. Hamill
Michael S. Pullos
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, IL 60606
Tel: (312) 368-4000
Fax: (312) 236-7516
john.hamill@us.dlapiper.com
michael.pullos@us.dlapiper.com

*Counsel for Defendant Cushman & Wakefield PLC*

**FREEDMAN NORMAND FRIEDLAND LLP**

*/s/ Vel Freedman* (signed with express consent)
Devin (Velvel) Freedman
Kyle Roche
Stephen Lagos (*pro hac vice*)
Joseph Lemoine (*pro hac vice*)

**FREEDMAN NORMAND FRIEDLAND LLP**
155 E. 44th Street, Suite 915
New York, New York 10017
(646) 494-2900
vel@fnf.law
kroche@fnf.law
slagos@fnf.law
jlemoine@fnf.law

*Counsel for Plaintiff*